**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6365**

_____

JAMES DARNELL SCOTT,

　　　　　　Plaintiff – Appellant,

　　　v.

ALBERT PEARSON, Responsible Authority over South Carolina
Dept of Corrections Special Investigation Unit; JANNITA
GASTON, South Carolina Dept of Correction State
Classification; WILLIAM BYARS, South Carolina Department of
Corrections Director; WARDEN ANTHONY PADULA; ASSOCIATE
WARDEN MARGARET BELL; ASSOCIATE WARDEN JOHN BROOKS; MAJOR
JAMES DEAN; MS. REAMES, Institution Classification
Chairperson,

　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.　Bruce H. Hendricks, District
Judge. (0:12-cv-01538-BHH)

_____

Submitted: July 30, 2015　　　　　Decided: August 31, 2015

_____

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

James Darnell Scott, Appellant Pro Se. James Victor McDade,
DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Darnell Scott appeals the district court's order adopting the report and recommendation of the magistrate judge and granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2012) action. In light of our recent decision in Incumaa v. Stirling, __ F.3d __, 2015 WL 3973822 (4th Cir. July 1, 2015), we vacate the district court's order and remand for further proceedings consistent with Incumaa. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

VACATED AND REMANDED